UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RANDY M. FROST,<br><br>　　　　　Defendant. | 9:21-PO-05052 -KLD<br>Ticket Number: F5171791<br>Location Code: M2<br><br><br>JUDGMENT AND SENTENCE |

　　　　On November 30, 2021, Defendant Randy M. Frost appeared before the Court and entered a plea of no contest to the charge of causing timber, trees, slash, brush, or grass to burn except as authorized by permit in violation of 36 C.F.R. § 261.15c. On December 16, 2021, Defendant appeared for sentencing on this offense. As discussed at the hearing, the Court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

　　　　(1)　**Defendant must pay a $10 Special Assessment and $30 Processing Fee for a total of $40. This amount shall be due on or before January 15, 2022.** Defendant must pay this amount by check or money order payable to "U.S. COURTS — CVB" and mailed to CENTRAL VIOLATIONS BUREAU, P.O. Box 780549 San Antonio, TX 78278.  Alternatively, Defendant may pay online at www.cvb.uscourts.gov.

　　　　(2)　**Defendant shall pay restitution to the Forest Service in the amount of $1,322.68.** Defendant shall pay the restitution in monthly installments of $200 each, beginning on February 1, 2022, and continuing on the 1st of every

month thereafter until the restitution amount is paid in full.

Defendant is directed to send his restitution payments to the following address:

>U.S. Clerk of Court
>P.O. Box 8537
>Missoula, MT 59807

The Clerk of Court is directed to disburse the restitution to:

>USDA Forest Service
>Albuquerque Serv Ctr
>Claims
>101B Sun Ave. NE
>Albuquerque, NM 87109

3. **Defendant is prohibited from entering any and all forest service lands within the District of Montana for a period of 1 year.**

Defendant is advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment, by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a copy with Magistrate Kathleen L. DeSoto. If Defendant appeals, Defendant will be required to pay a $38 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing the appeal. Defendant also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other

//
//
//

recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court." Fed. R. Crim. P. 58(g)(2)(c).

DATED this 17th day of December, 2021.

Kathleen L. DeSoto
United States Magistrate Judge